UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**EARNEST JETT, JR.,**

    **Plaintiff,**

v.                                                                 Case No. 5:24-cv-40-MCR-MJF

**CHIEF JETER, et al.,**

    **Defendants.**

_____/

## ORDER

The magistrate judge filed a Report and Recommendation dated September 3, 2024. ECF No. 15. Plaintiff was furnished a copy of the Report and Recommendation and was afforded an opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, the Court concludes that the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The Magistrate Judge's Report and Recommendation, ECF No. 15, is adopted and incorporated by reference into this Order.

2. This action is **DISMISSED** pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915A(b) for failure to state a claim on which relief can be granted.

      3.      The clerk of court will enter judgment accordingly and close this case file.

**DONE AND ORDERED** this 25th day of October 2024.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**